

FILED

04/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0214

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0214

MONTANANS SECURING REPRODUCTIVE
RIGHTS, and SAMUEL DICKMAN, M.D.,

      Petitioner,

v.

CHRISTI JACOBSEN, In her Official Capacity
as Montana Secretary of State,

      Respondent.

FILED

APR - 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On April 4, 2024, we issued an alternative writ of mandamus that ordered Montana Secretary of State Christi Jacobsen shall comply with § 13-27-233, MCA, and provide Petitioners Montanans Securing Reproductive Rights and Samuel Dickman, M.D. ("MSRR") with a finalized sample petition for CI-14 no later than 1:00 p.m. on Friday, April 5, 2024. We further ordered Jacobsen to file notice of such with this Court concurrent with providing the finalized sample petition to MSRR or show cause why she should not be held in contempt of Court.

On April 5, 2024, Jacobsen provided timely notice to this Court that she had provided the finalized sample petition to MSRR. We therefore conclude she has complied with the writ and no further action of this Court is warranted in this matter.

Therefore, in accordance with Title 27, Chapter 26, of the Montana Code Annotated and M. R. App. P. 14(7),

IT IS ORDERED that Montana Secretary of State Christi Jacobsen has SATISFIED the writ and NO FURTHER ACTION is necessary.

DATED this 8th day of April, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2